UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MITCHELL LANE CULLITON,<br><br>    Plaintiff,<br><br>v.<br><br>SELECT FINANCIAL SERVICES, INC.,<br><br>    Defendant. | Case No.:  12-cv-00002 JAM CKD<br><br>**ORDER GRANTING DEFENDANT'S<br>MOTION TO DISMISS**<br><br>**DATE:**    **May 2, 2012**<br>**TIME:**    **9:30 a.m.**<br>**JUDGE:  Hon. John A. Mendez**<br>**CRTRM: 6, 14th Floor** |

Defendant Select Financial Services, Inc.'s motion to dismiss plaintiff Mitchell Lane Culliton's First Amended Complaint was heard on May 2, 2012.  Andrew Steinheimer appeared on behalf of defendant Select Financial Services, Inc.  Nicholas Bontrager appeared on behalf of plaintiff Mitchell Lane Culliton.  Having considered the moving papers, opposition, and reply, as well as the matters on file with the court and the oral argument of counsel, the Court ruled as follows:

Defendant's motion to dismiss is granted.

With respect to plaintiff's claims under 15 U.S.C. § 1692c(a)(1), 1692f, 1692f(1), California Civil Code § 1788.11(e) and California Business & Professions Code § 17200, plaintiff has withdrawn these claims in his opposition brief and, thus, the motion is granted with respect to these claims with

prejudice.

For all of the reasons stated by the Court at the hearing on this matter, Plaintiff's claims under 15 U.S.C. § 1692d(5) and California Civil Code § 1788.11(d) are also dismissed with prejudice.

For all of the reasons stated by the Court at the hearing on this matter, Plaintiff's claim under 15 U.S.C. § 1692d is hereby dismissed.  However, the Court cannot state on this record that plaintiff can plead no set of facts to state a claim under 15 U.S.C. § 1692d and, therefore, this claim is dismissed with leave to amend.

Plaintiff has 20 days from May 2, 2012 to file a Second Amended Complaint, if appropriate.

**IT IS SO ORDERED.**

Dated: May 17, 2012

/s/ John. A. Mendez_____
Honorable John A. Mendez
United States District Court Judge

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS