Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Grant A. Winter - 266329
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
gwinter@ellislawgrp.com

Attorneys for Defendant SELECT FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MITCHELL LANE CULLITON, | Case No.: 12-cv-00002 JAM CKD |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| SELECT FINANCIAL SERVICES, INC., | |
| Defendant. | |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-caption action is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED


Dated:  2/8/2013                    /s/ John A. Mendez
                                    Honorable John A. Mendez
                                    United States District Court Judge

- 1 -

-title-