Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Grant A. Winter - 266329
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
gwinter@ellislawgrp.com

Attorneys for Defendant SELECT FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MITCHELL LANE CULLITON,<br><br>    Plaintiff,<br><br>v.<br><br>SELECT FINANCIAL SERVICES, INC.,<br><br>    Defendant. | Case No.: 12-cv-00002 JAM CKD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-caption action is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED


Dated: 2/8/2013                          /s/ John A. Mendez
                                         Honorable John A. Mendez
                                         United States District Court Judge

- 1 -
_____
-title-